**Curtis J. Jackson**
NAME

**A28149**
PRISON IDENTIFICATION/BOOKING NO.

**Calipatria State Prison**
ADDRESS OR PLACE OF CONFINEMENT

Fee Due

FILED
CLERK, U.S. DISTRICT COURT
OCT 29 2019
CENTRAL DISTRICT OF CALIFORNIA
BY_____ DEPUTY

Note: It is your responsibility to notify the Clerk of Court in writing of any change of address. If represented by an attorney, provide his or her name, address, telephone and facsimile numbers, and e-mail address.

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**Curtis James Jackson**
FULL NAME (*Include name under which you were convicted*)
Petitioner,

v.

**W. L. Montgomery**
NAME OF WARDEN, SUPERINTENDENT, JAILOR, OR AUTHORIZED PERSON HAVING CUSTODY OF PETITIONER
Respondent.

CASE NUMBER:

**EDCV 19-2071-JAK (JEM)**
To be supplied by the Clerk of the United States District Court

☐ _____ AMENDED

PETITION FOR WRIT OF HABEAS CORPUS
BY A PERSON IN STATE CUSTODY
28 U.S.C. § 2254

PLACE/COUNTY OF CONVICTION _____
PREVIOUSLY FILED, RELATED CASES IN THIS DISTRICT COURT
(*List by case number*)
CV _____
CV _____

### INSTRUCTIONS - PLEASE READ CAREFULLY

1. To use this form, you must be a person who either is currently serving a sentence under a judgment against you in a California state court, or will be serving a sentence in the future under a judgment against you in a California state court. You are asking for relief from the conviction and/or the sentence. This form is your petition for relief.
2. In this petition, you may challenge the judgment entered by only one California state court. If you want to challenge judgments entered by more than one California state court, you must file a separate petition for each court.
3. Make sure the form is typed or neatly handwritten. You must tell the truth and sign the form. If you make a false statement of a material fact, you may be prosecuted for perjury.
4. Answer all the questions. You do not need to cite case law, but you do need to state the federal legal theory and operative facts in support of each ground. You may submit additional pages if necessary. If you do not fill out the form properly, you will be asked to submit additional or correct information. If you want to submit a legal brief or arguments, you may attach a separate memorandum.
5. You must include in this petition all the grounds for relief from the conviction and/or sentence that you challenge. You must also state the facts that support each ground. If you fail to set forth all the grounds in this petition, you may be barred from presenting additional grounds at a later date.
6. You must pay a fee of $5.00. If the fee is paid, your petition will be filed. If you cannot afford the fee, you may ask to proceed *in forma pauperis* (as a poor person). To do that, you must fill out and sign the declaration of the last two pages of the form. Also, you must have an authorized officer at the penal institution complete the certificate as to the amount of money and securities on deposit to your credit in any account at the institution. If your prison account exceeds $25.00, you must pay the filing fee.
7. When you have completed the form, send the original and two copies to the following address:

    Clerk of the United States District Court for the Central District of California
    United States Courthouse
    ATTN: Intake/Docket Section
    255 East Temple Street, Suite TS-134
    Los Angeles, California 90012

LODGED
CLERK, U.S. DISTRICT COURT
OCT 28 2019
CENTRAL DISTRICT OF CALIFORNIA
DEPUTY

PLEASE COMPLETE THE FOLLOWING (*check appropriate number*):

This petition concerns:
1. ☑ a conviction and/or sentence.
2. ☐ prison discipline.
3. ☐ a parole problem.
4. ☐ other.

## PETITION

1. Venue
   a. Place of detention _West Valley Detention Center_
   b. Place of conviction and sentence ~~West Valley~~ _San Bernardino County_

2. Conviction on which the petition is based (*a separate petition must be filed for each conviction being attacked*).
   a. Nature of offenses involved (*include all counts*): _P.C. 187, Murder and P.C. 664/211 Murder And Attempted Armed Robbery_

   b. Penal or other code section or sections: _P.C. 187, P.C. 664/211_

   c. Case number: _FSB1501377_
   d. Date of conviction: _March 2, 2016_
   e. Date of sentence: _April 11, 2016_
   f. Length of sentence on each count: _50 years to Life_

   g. Plea (*check one*):
      ☑ Not guilty
      ☐ Guilty
      ☐ Nolo contendere

   h. Kind of trial (*check one*):
      ☑ Jury
      ☐ Judge only

3. Did you appeal to the California Court of Appeal from the judgment of conviction?   ☑ Yes   ☐ No
   If so, give the following information for your appeal (*and attach a copy of the Court of Appeal decision if available*):
   a. Case number: _E065846_
   b. Grounds raised (*list each*):
      (1) _The Admission of Irrelevant And Unduly Prejudicial of Appellant's Gang Moniker._
      (2) _It was An Abuse of Discretion To Deny Appellant's Motion for Mistrial_

(3) The Prosecutor ~~Improperly~~ Misstated The Standard of Proof Beyond A Reasonable Doubt
(4) ~~The Prosecutor~~ The Cumulatively Prejudicial Effect of The Errors Committed on This Case Requires Reversal.
(5) The Case should Be Remanded with Directions to the Trial Court to Clarify
(6) The Trial Court Incorrectly Awarded Appellant 354 Days of Credit Rather Than 356.

c. Date of decision: 5-23-17
d. Result: Denied

4. If you did appeal, did you also file a Petition for Review with the California Supreme Court of the Court of Appeal decision? ☑ Yes ☐ No

If so, give the following information (and attach copies of the Petition for Review and the Supreme Court ruling if available):

a. Case number: E065846
b. Grounds raised (list each):
(1) Whether The Admission of Irrelevant & Unduly Prejudicial Evidence of Appellants...
(2) Whether it was An Abuse of Discretion To Deny Appellants Motion for Mistrial...
(3) Whether The Court of Appeal Misapplied People v. Centeno in Concluding The Prosecutor ~~The Prosecutor Improperly Eli~~
(4) Whether The Cumulative Prejudicial Effect of The Errors Committed in This Case Requires Reversal
(5) 
(6) 

c. Date of decision: N/A
d. Result: Denied

5. If you did not appeal:
a. State your reasons

b. Did you seek permission to file a late appeal? ☐ Yes ☐ No

6. Have you previously filed any habeas petitions in any state court with respect to this judgment of conviction?
☐ Yes ☑ No

If so, give the following information for each such petition (use additional pages, if necessary, and attach copies of the petitions and the rulings on the petitions if available):

a. (1) Name of court: _____
(2) Case number: _____
(3) Date filed (or if mailed, the date the petition was turned over to the prison authorities for mailing): _____

(4) Grounds raised *(list each)*:
- (a) _____
- (b) _____
- (c) _____
- (d) _____
- (e) _____
- (f) _____

(5) Date of decision: _____

(6) Result _____

(7) Was an evidentiary hearing held?   ☐ Yes   ☒ No

b. (1) Name of court: _____
(2) Case number: _____
(3) Date filed *(or if mailed, the date the petition was turned over to the prison authorities for mailing)*: _____
(4) Grounds raised *(list each)*:
- (a) _____
- (b) _____
- (c) _____
- (d) _____
- (e) _____
- (f) _____

(5) Date of decision: _____

(6) Result _____

(7) Was an evidentiary hearing held?   ☐ Yes   ☒ No

c. (1) Name of court: _____
(2) Case number: _____
(3) Date filed *(or if mailed, the date the petition was turned over to the prison authorities for mailing)*: _____
(4) Grounds raised *(list each)*:
- (a) _____
- (b) _____
- (c) _____
- (d) _____
- (e) _____
- (f) _____

(5) Date of decision: _____

(6) Result _____

_____

(7) Was an evidentiary hearing held? ☐ Yes ☐ No

7. Did you file a petition for certiorari in the United States Supreme Court?   ☐ Yes   ☑ No

   If yes, answer the following:

   (1) Docket or case number (if you know): _____

   (2) Result: _____

   _____

   (3) Date of result (if you know): _____

   (4) Citation to the case (if you know): _____

8. For this petition, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than five grounds. Summarize briefly the <u>facts</u> supporting each ground. For example, if you are claiming ineffective assistance of counsel, you must state facts specifically setting forth what your attorney did or failed to do.

   **CAUTION:** *Exhaustion Requirement:* In order to proceed in federal court, you must ordinarily first exhaust your state court remedies with respect to each ground on which you are requesting relief from the federal court. This means that, prior to seeking relief from the federal court, you first must present <u>all</u> of your grounds to the California Supreme Court.

   a. Ground one: Ineffective assistance of Counsel

   (1) Supporting FACTS: The Prosecutor Misstated The Standard of Proof Beyond A Reasonable Doubt, Effectively Reducing The Prosecutions Burden of Proof, And Trial Counsel Rendered Ineffective Assistance of Counsel When He failed To Object And Obtain An Admonition

   (2) Did you raise this claim on direct appeal to the California Court of Appeal? ☑ Yes ☐ No
   (3) Did you raise this claim in a Petition for Review to the California Supreme Court? ☑ Yes ☐ No
   (4) Did you raise this claim in a habeas petition to the California Supreme Court? ☐ Yes ☑ No

   b. Ground two: Whether Admission of Irrelevant and Unduly Prejudicial evidence of Appellants Gang Moniker violated his fifth and fourteenth Amendment Rights
   (1) Supporting FACTS: The Court Erred When it Allowed the Prosecutor to Ask Elster (witness) About A Name That had No Tendency to Prove or Disprove

_Appellant's Identity As Shooter._

    (2) Did you raise this claim on direct appeal to the California Court of Appeal?   ☑ Yes   ☐ No
    (3) Did you raise this claim in a Petition for Review to the California Supreme Court?   ☑ Yes   ☐ No
    (4) Did you raise this claim in a habeas petition to the California Supreme Court?   ☐ Yes   ☑ No

c.  Ground three: _____

    (1) Supporting FACTS: _____

    (2) Did you raise this claim on direct appeal to the California Court of Appeal?   ☐ Yes   ☐ No
    (3) Did you raise this claim in a Petition for Review to the California Supreme Court?   ☐ Yes   ☐ No
    (4) Did you raise this claim in a habeas petition to the California Supreme Court?   ☐ Yes   ☐ No

d.  Ground four: _____

    (1) Supporting FACTS: _____

    (2) Did you raise this claim on direct appeal to the California Court of Appeal?   ☐ Yes   ☐ No
    (3) Did you raise this claim in a Petition for Review to the California Supreme Court?   ☐ Yes   ☐ No
    (4) Did you raise this claim in a habeas petition to the California Supreme Court?   ☐ Yes   ☐ No

e.  Ground five: _____

    (1) Supporting FACTS: _____

    (2) Did you raise this claim on direct appeal to the California Court of Appeal?   ☐ Yes   ☐ No

    (3) Did you raise this claim in a Petition for Review to the California Supreme Court? ☐ Yes ☐ No

    (4) Did you raise this claim in a habeas petition to the California Supreme Court? ☐ Yes ☐ No

9. If any of the grounds listed in paragraph 8 were not previously presented to the California Supreme Court, state briefly which grounds were not presented, and give your reasons: _____

_____

10. Have you previously filed any habeas petitions in any federal court with respect to this judgment of conviction? ☐ Yes ☑ No

    If so, give the following information for each such petition (use additional pages, if necessary, and attach copies of the petitions and the rulings on the petitions if available):

    a. (1) Name of court: _____
       (2) Case number: _____
       (3) Date filed (or if mailed, the date the petition was turned over to the prison authorities for mailing): _____
       (4) Grounds raised (list each):
          (a) _____
          (b) _____
          (c) _____
          (d) _____
          (e) _____
          (f) _____
       (5) Date of decision: _____
       (6) Result _____

       (7) Was an evidentiary hearing held? ☐ Yes ☐ No

    b. (1) Name of court: _____
       (2) Case number: _____
       (3) Date filed (or if mailed, the date the petition was turned over to the prison authorities for mailing): _____
       (4) Grounds raised (list each):
          (a) _____
          (b) _____
          (c) _____
          (d) _____
          (e) _____
          (f) _____
       (5) Date of decision: _____

(6) Result _____

_____

(7) Was an evidentiary hearing held?   ☐ Yes ☐ No

11. Do you have any petitions now pending (i.e., filed but not yet decided) in any state or federal court with respect to this judgment of conviction?   ☐ Yes  ☒ No

   If so, give the following information (and attach a copy of the petition if available):

   (1) Name of court: _____
   (2) Case number: _____
   (3) Date filed (or if mailed, the date the petition was turned over to the prison authorities for mailing): _____
   (4) Grounds raised (list each):
       (a) _____
       (b) _____
       (c) _____
       (d) _____
       (e) _____
       (f) _____

12. Are you presently represented by counsel?   ☐ Yes  ☒ No

   If so, provide name, address and telephone number: _____

_____

_____

WHEREFORE, petitioner prays that the Court grant petitioner all relief to which he may be entitled in this proceeding.

_____
Signature of Attorney (if any)

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct.

Executed on  10-22-19     [signature]
             Date          Signature of Petitioner



Curtis Jackson A28149
B2-103
Po Box 5005
Calipatria, CA. 92233

GENERATED FROM
CALIPATRIA STATE PRISON

$001.75

LEGAL MAIL

Clerk of The United States District Court
for The Central District of California
United States Courthouse
ATTN: Intake/Docket Section
255 East Temple Street, Suite TS-134
Los Angeles, CA 90012

