JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CURTIS JAMES JACKSON, | Case No. EDCV 19-2071-JAK (LAL) |
| Petitioner, | **JUDGMENT** |
| v. | |
| W.L. MONTGOMERY, Warden, | |
| Respondent. | |

Pursuant to the Order Accepting Report and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: September 24, 2020

_____
HONORABLE JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE